## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **09-10753-JVA** |
| | § | |
| **FREY, JOSEPH W.** | § | Chapter **7** |
| **FREY, AZURDI MARIE** | § | |
| | § | Judge: **AUG** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.71 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Duke Energy Shared Services Inc<br>PO Box 960-EF367<br>Cincinnati, Ohio 45273 | 000007 | .92 |
| Verizon Wireless Midwest<br>Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | 000011 | .89 |
| Recovery Management Systems Corp<br>For GE Money Bank<br>Dba Care Credit/GEMB<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131 | 000012 | 2.90 |

Dated: 6/3/10

/s/ Eric W. Goering
Eric W. Goering 0061146

cc: U.S. Trustee